IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ESTEVERNICO A. MITCHELL,            )
                                    )
            Petitioner,             )
                                    )
v.                                  )      CASE NO. 2:17-CV-150-WKW
                                    )            [WO]
DARRYL HAMILTON, *et al.*,          )
                                    )
            Defendants.             )

## ORDER

On March 17, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 3.)  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1.     The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

2.     Mitchell's Petition for Writ of Habeas Corpus (Doc. # 1), which the Magistrate Judge construed as a petition for writ of mandamus, is DENIED; and

3.     This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 7th day of April, 2017.

                          /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE